1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11 | JASON ROSE,                          Case No. EDCV 21-0816-PA (RAO)

12 |                    Petitioner,

13 |            v.                        JUDGMENT

14 | UNITED STATES OF AMERICA,
    | et al.,

15 |
    |                    Respondents.

16

17

18    IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed

19 without prejudice for the reasons set forth in the related Order Dismissing Petition

20 for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of

21 Appealability.

22

23 DATED:  November 1, 2021

24                                        _____
                                          PERCY ANDERSON
25                                        UNITED STATES DISTRICT JUDGE

26

27

28